# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| CRYSTAL MOLNAR derivatively and on behalf of VIRGIN GALACTIC HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RICHARD BRANSON, MICHAEL COLGLAZIER, RAYMOND MABUS, HENIO ARCANGELI, JR., LUIGI BRAMBILLA, TINA JONAS, CRAIG KREEGER, WANDA SIGUR, DIANA STRANDBERG, W. GILBERT WEST, GEORGE MATTSON, WANDA AUSTIN, and ADAM BAIN <br><br> Defendants, <br><br> -and- <br><br> VIRGIN GALACTIC HOLDINGS, INC., a Delaware Corporation, <br><br> Nominal Defendant. | C.A. No. 8:24-cv-00775-DOC-DFM <br><br> **ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Having reviewed the joint stipulation of nominal defendant Virgin Galactic Holdings, Inc. ("Virgin Galactic" or the "Company"), Richard Branson, Michael Colglazier, Raymond Mabus, Henio Arcangeli, Jr., Luigi Brambilla, Tina Jonas, Craig Kreeger, Wanda Sigur, Diana Strandberg, W. Gilbert West, George Mattson, Wanda Austin, and Adam Bain (collectively, the "Individual Defendants" and together with Virgin Galactic Holdings, Inc. the "Defendants"), and Plaintiff Crystal Molnar ("Plaintiff," and collectively with Defendants, the "Parties"), and good cause appearing therefore, the Court hereby **GRANTS** the stipulation and **ORDERS** as follows:

1.    The above-captioned Derivative Action shall be dismissed without prejudice under Rule 41(a)(1) of the Federal Rules of Civil Procedure so that Plaintiff and Plaintiff's Counsel can join the currently operative complaint in the Delaware Chancery Derivative Action, and each party shall bear its own attorneys' fees, costs and/or expenses.

**IT IS SO ORDERED.**

Dated: July 17, 2025

_David O. Carter_

HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

1

ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE